Arthur F. Schiller
vs.        } No. 83078.
James H. Gorman.

February 25, 1931.

CHURCHILL, J. This is a suit for consequential damages and was tried at the same time as the suit of the wife, *Beatrice A. Schiller vs. James H. Gorman*, No. 83077. A verdict for the plaintiff was rendered in each case.

Under the decision this day handed down in case No. 83077, a new trial in the instant case must be granted and it is so ordered.

For plaintiff: Fergus J. McOsker.
For defendant: Boss, Shepard & McMahon.